**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 8:14MJ112 |
| | ) | Charging District's Case No.: 2:09CR22 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN L. RODRIGUES, et al. | ) | |
| | ) | Magistrate Judge Thalken |
| Defendants. | ) | |

RE: Witness, Joseph F. Tigani, III

## RULE 5 ORDER

An Order having been filed in the district court for the District of Nevada for the arrest of the witness for failing to appear to testify at trial and the witness having been arrested in the District of Nebraska, proceedings to commit the witness to another district were held in accordance with Fed.R.Cr.P.5. The witness had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20. Additionally, the witness

(X)   Waived an identity hearing and admitted that he was the person named in the aforementioned order.

(X)   The government moved for detention.

(X)   Was given a detention hearing in this district.

   Accordingly, it is ordered that the witness is held to answer in the charging district.

(X)   The witness has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named witness and to transport the witness with a certified copy of this order forthwith to the charging district specified above and there deliver the witness to the U.S. Marshal for that district or to some other officer authorized to receive the witness, all proceedings required by Fed.R.Cr.P.5 having been completed.

   IT IS SO ORDERED.

   DATED in Omaha, Nebraska this 5th day of May, 2014.

                                           s/ Thomas D. Thalken
                                           U.S. Magistrate Judge